IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALEX JEREMY JAY KOBZA,

    Plaintiff,

v.

WOOD COUNTY JAIL, WISCONSIN RAPIDS, WI,
CAPTAIN ASHBECK, VICTORIA C/O and
TRANSPORT DRIVER,

    Defendants.

ORDER

Case No. 19-cv-846-bbc

Plaintiff Alex Jeremy Jay Kobza has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified inmate account statement no later than October 31, 2019. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Alex Jeremy Jay Kobza may have until October 31, 2019 to submit an inmate account statement for the period beginning approximately April 9, 2019 and ending approximately October 9, 2019. If, by October 31, 2019, plaintiff fails to respond

to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 9th day of October, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge