IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALEX JEREMY JAY KOBZA,

     Plaintiff,

   v.

WOOD COUNTY JAIL, ET AL.,

     Defendants.

ORDER

Case No. 19-cv-846-bbc

Plaintiff Alex Jeremy Jay Kobza, an inmate in the custody of the Wood County Sheriff Department, has submitted a certified trust fund account statement for the six month period preceding the filing of the complaint in support of the motion to proceed without prepayment of the filing fee. Using information for the relevant time period from plaintiff's trust fund account statement, it appears that plaintiff presently has no means with which to pay the filing fee or to make an initial partial payment. Under these circumstances, the court will grant plaintiff's motion for leave to proceed without prepayment of the filing fee, but will not assess an initial partial filing fee. Even if this court ultimately determines that plaintiff's complaint cannot go forward, plaintiff is advised that the full $350 filing fee for indigent litigants remains plaintiff's obligation. *See* 28 U.S.C. § 1915(b)(2).

Because plaintiff is an inmate, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that,

1.      The motion filed by plaintiff Alex Jeremy Jay Kobza for leave to proceed without prepayment of the filing fee is GRANTED.

2.      No further action will be taken in this case until the court has screened the complaint as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915(e)(2).  Once the screening process is complete, a separate order will issue.


Entered this 21st day of October, 2019.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge