IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALEX JEREMY JAY KOBZA,

                Plaintiff,

   v.

Case No. 19-cv-846-bbc

WOOD COUNTY JAIL, WISCONSIN RAPIDS, WI,
CAP ASHBECK, VICTORIA C/O and TRANSPORT
DRIVER,

                Defendants.

## JUDGMENT IN A CIVIL CASE

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.


| /s/ | 2/05/2020 |
|---|---|
| Peter Oppeneer | Date |
| Clerk of Court | |